# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEE E. SZYMBORSKI, </br></br> Plaintiff, </br></br> vs. </br></br> SPRING MOUNTAIN TREATMENT CENTER, *et al.*, </br></br> Defendants. | Case No. 2:15-cv-00889-GMN-CWH </br></br> **ORDER** |

This matter is before the Court on Plaintiff Lee E. Szymborski's ("plaintiff") Application for Leave to Proceed In Forma Pauperis (doc. # 1), filed May 12, 2015.

Pursuant to 28 U.S.C. § 1914(a), a filing fee of $350.00 is required to commence a civil action in federal district court, in addition to a $50.00 administrative fee, effective May 1, 2013, for a total of $400.00. The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes an affidavit that he is unable to pay such costs or give security therefore." 28 U.S.C. § 1915(a).

Plaintiff submitted the affidavit required by § 1915(a) to show that he is unable to prepay fees and costs or give security for them. In his application, plaintiff does not bother to fill-out question # 2, which requires plaintiff to state whether he is currently employed and, if so, how much he earns per pay period. Plaintiff then states he currently has $47.00 in his bank account, and receives $1,698.00 in social security benefits. Plaintiff also appears to indicate he spends $400.00 on rent and $818.00 on mortgage each month, but it is unclear whether plaintiff is actually claiming such, and if he is, why he would be paying both rent and a mortgage for real property. Moreover, plaintiff indicates his monthly expenses are $102.00 on satellite television, $50.00 on property taxes, $122.00 on electricity,

$500.00 on food, $50.00 on maintenance, $80.00 on water, $60.00 on home insurance, $35.00 on life insurance, $20.00 on cell phone service, $50.00 on gas, $50.00 on auto insurance, and $50.00 on cleaning supplies.  Plaintiff further indicates he has no debt and no dependants, and possesses a 1978 Dodge B-200 van worth approximately $800.00.  Based on the information provided, this Court is unable to determine whether plaintiff can afford the filing fee required to pursue the instant action.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's Application for Leave to Proceed In Forma Pauperis (doc. # 1) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail plaintiff a blank Application to Proceed In Forma Pauperis.

**IT IS FURTHER ORDERED** that plaintiff shall have until **Tuesday, June 9, 2015**, in which to submit a completed application that includes supplemental information addressing those issues raised in this order, or to pay the $400.00 filing fee.  Failure to comply with this order will result in a recommendation that this case be dismissed.  The Clerk of Court shall retain plaintiff's complaint.

DATED: May 19, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**