# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LEE E. SZYMBORSKI,

    Plaintiff,

vs.

SPRING MOUNTAIN TREATMENT CENTER, *et al.*,

    Defendants.

Case No. 2:15-cv-00889-GMN-CWH

**ORDER**

This matter is before the Court on Plaintiff Lee E. Szymborski's ("plaintiff") Amended Application for Leave to Proceed In Forma Pauperis (doc. # 3), filed June 5, 2015.

**1. In Forma Pauperis Application**

Plaintiff has submitted an amended affidavit showing an inability to prepay fees and costs or give security for them. Accordingly, the request to proceed in form pauperis is granted pursuant to 28 U.S.C. § 1915(a). The Court now turns to plaintiff's complaint.

**2. Screening the Complaint**

Upon granting a request to proceed in forma pauperis, a court must screen a complaint pursuant to § 1915(a). A review of plaintiff's complaint, doc. # 1-1, reveals that plaintiff has failed to attach exhibits cited to support his assertions in the complaint. As such, this Court directs plaintiff to file an amended complaint, complete with exhibits, no later than Tuesday, June 23, 2015.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's Amended Application for Leave to Proceed In Forma Pauperis (doc. # 3) is **granted**.

1    **IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint, complete with
2    exhibits, **no later than Tuesday, June 23, 2015**.
3    DATED:  June 9, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**